1
 Jason P. Brown, Petitioner v. The People of the State of Colorado. Respondent No. 24SC492
Supreme Court of Colorado, En Banc
April 14, 2025

 Petition for Writ of Certiorari GRANTED.

 Whether
 People v. Manzo, 144 P.3d 551 (Colo. 2006), is no
 longer good law or distinguishable, and whether the court
 reversibly erred and violated Brown's right to due
 process because it allowed the jury to convict him of a class
 3 felony for leaving the scene of an accident resulting in
 death without the prosecution proving he acted with
 any culpable mental state.

 Whether
 Colorado's habitual offender scheme is unconstitutional
 because it requires a judge-rather than a jury-make findings
 of fact that increase the sentence, and whether Brown's
 adjudication as a habitual offender must be vacated because
 he was deprived of his right to a jury trial.

 DENIED
 AS TO ALL OTHER ISSUES.